| Information to identify the case: | | |
|---|---|---|
| Debtor 1 | Richard L. Wyman Jr. <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–2373 <br> EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 <br> (Spouse, if filing) | Elvira Wyman <br> First Name   Middle Name   Last Name | Social Security number or ITIN   xxx–xx–9286 <br> EIN   _ _–_ _ _ _ _ _ _ |
| United States Bankruptcy Court   District of New Jersey | | |
| Case number:   16–13561–CMG | | |

# Order of Discharge                                                                                         12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Richard L. Wyman Jr.                                    Elvira Wyman

<u>4/24/17</u>                                            **By the court:**   <u>Christine M. Gravelle</u>
                                                                United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**

This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**

Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

**This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**

United States Bankruptcy Court
District of New Jersey

In re:                                                                Case No. 16-13561-CMG
Richard L. Wyman, Jr.                                                 Chapter 7
Elvira Wyman
         Debtors

# CERTIFICATE OF NOTICE

District/off: 0312-3          User: admin              Page 1 of 2              Date Rcvd: Apr 24, 2017
                              Form ID: 318             Total Noticed: 32

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Apr 26, 2017.
db/jdb         +Richard L. Wyman, Jr.,    Elvira Wyman,    749 Lorraine Drive,    Cliffwood Beach, NJ 07735-5430
cr             +Americredit Financial Services, Inc., d/b/a GM Fin,    4000 Embarcadero Dr.,
                Arlington, TX 76014-4101
cr             +DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE F,    Phelan Hallinan & Schmieg, PC,
                400 Fellowship Road,    Suite 100,    Mt. Laurel, NJ 08054-3437
intp           +Monmouth County Sheriff's Office,    Monmouth County Counsel's Office,
                Hall of Records, Room 236,    One East Main Street,    Freehold, NJ  07728,
                UNITED STATES 07728-2278
516023303       ACS,    Box 7058,   Utica, NY 13504-7058
516057724      +AmeriCredit Financial Services, Inc. dba GM Financ,    P O Box 183853,
                Arlington, TX 76096-3853
516023307      +Bob's Furniture,    Wells Fargo Financial Nat Bnk,    800 Walnut Street,
                Des Moines, IA 50309-3891
516274076       DEUTSCHE BANK NATIONAL TRUST COMPANY, AS et.al.,    Americas Servicing Company,
                Default Document Processing,    N9286-01Y.,   1000 Blue Gentian road,    Eagan MN 55121-7700
516023311      +Home Depot,   PO Box 790328,    Saint Louis, MO 63179-0328
516238227       Navient Solutions Inc.,    Department of Education Loan Services,    P.O. Box 9635,
                Wilkes-Barre, PA 18773-9635
516023314      +Phelan Hallinan & Diamond,    400 Fellowship Rd,    Suite 100,    Mount Laurel, NJ 08054-3437
516023315     ++STATE OF NEW JERSEY,    DIVISION OF TAXATION BANKRUPTCY UNIT,    PO BOX 245,
                TRENTON NJ 08646-0245
                (address filed with court: State of NJ Div of Tax,    Att: Compliance & Enforcement - Bkcy,
                50 Barrack St, 9th Floor,    PO Box 112,    Trenton, NJ 08695-0269)
516660759      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129-2386
516660760      +Specialized Loan Servicing LLC,    8742 Lucent Blvd, Suite 300,
                Highlands Ranch, Colorado 80129,    Specialized Loan Servicing LLC,
                8742 Lucent Blvd, Suite 300,    Highlands Ranch, Colorado 80129-2386
516023317      +US Dept of Education,    Direct Loan Servicing,    Att: Bankruptcy Unit,    PO Box 9635,
                Wilkes Barre, PA 18773-9635
516023318      +US Dept of Education,    Att: Student Loan Bankruptcy Unit,    400 Maryland Ave SW,
                Washington, DC 20202-0001

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg             E-mail/Text: usanj.njbankr@usdoj.gov Apr 24 2017 22:41:47      U.S. Attorney,    970 Broad St.,
                Room 502,    Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg            +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Apr 24 2017 22:41:46      United States Trustee,
                Office of the United States Trustee,    1085 Raymond Blvd.,    One Newark Center,    Suite 2100,
                Newark, NJ 07102-5235
516023304      +EDI: WFFC.COM Apr 24 2017 22:38:00      America's Servicing Co,    PO Box 10335,
                Des Moines, IA 50306-0335
516023305      +EDI: WFFC.COM Apr 24 2017 22:38:00      America's Servicing Co.,    Bankruptcy Dept,
                3476 Stateview Blvd,    Fort Mill, SC 29715-7203
516023306      +EDI: WFFC.COM Apr 24 2017 22:38:00      America's Servicing Co.,    Bankruptcy Dept,
                1 Home Campus,    Des Moines, IA 50328-0001
516023308       EDI: CAPITALONE.COM Apr 24 2017 22:38:00      Capital One,    Bankruptcy Department,
                PO Box 30285,    Salt Lake City, UT 84130-0285
516109927       EDI: CAPITALONE.COM Apr 24 2017 22:38:00      Capital One Bank (USA), N.A.,    PO Box 71083,
                Charlotte, NC  28272-1083
516047556       EDI: DISCOVER.COM Apr 24 2017 22:38:00      Discover Bank,    Discover Products Inc,
                PO Box 3025,    New Albany, OH 43054-3025
516023309      +EDI: DISCOVER.COM Apr 24 2017 22:38:00      Discover More Card,    PO Box 30943,
                Salt Lake City, UT 84130-0943
516023310      +EDI: PHINAMERI.COM Apr 24 2017 22:38:00      GM Financial,    Bankruptcy Dept,    PO Box 183853,
                Arlington, TX 76096-3853
516023312       EDI: NAVIENTFKASMSERV.COM Apr 24 2017 22:38:00      Navient,    PO Box 9500,
                Wilkes Barre, PA 18773-9500
516023313      +EDI: WFNNB.COM Apr 24 2017 22:38:00      New York & Company,    PO Box 182273,
                Columbus, OH 43218-2273
516274753       EDI: PRA.COM Apr 24 2017 22:38:00      Portfolio Recovery Associates, LLC,    c/o The Home Depot,
                POB 41067,    Norfolk VA 23541
516249198      +E-mail/Text: bncmail@w-legal.com Apr 24 2017 22:41:54      TD Bank USA, N.A.,
                C O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
516023316       EDI: WTRRNBANK.COM Apr 24 2017 22:38:00      Target,    PO Box 1581,    Minneapolis, MN 55440-1581
516211336       EDI: WFFC.COM Apr 24 2017 22:38:00      Wells Fargo Bank NA,    PO Box 10438,
                Des Moines IA  50306-0438
                                                                                              TOTAL: 16

```
District/off: 0312-3           User: admin              Page 2 of 2                  Date Rcvd: Apr 24, 2017
                               Form ID: 318             Total Noticed: 32
```

```
              ***** BYPASSED RECIPIENTS (continued) *****

              ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
516083541*     +AmeriCredit Financial Services, Inc. dba GM Financ,   P O Box 183853,
                  Arlington, TX 76096-3853
                                                                                TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Apr 26, 2017                                     Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on April 24, 2017 at the address(es) listed below:
              Albert    Russo    on behalf of Trustee Albert    Russo docs@russotrustee.com
              Barry    Frost     trustee@teichgroh.com, NJ94@ecfcbis.com
              Denise E. Carlon    on behalf of Creditor    Deutsche Bank National Trust Company, as Trustee for
               Morgan Stanley ABS Capital I Inc. Trust 2006-HE5, Mortgage Pass-Through Certificates, Series
               2006-HE5 dcarlon@kmllawgroup.com,    bkgroup@kmllawgroup.com
              John D. Krohn    on behalf of Creditor     DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE FOR
               MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE5 nj.bkecf@fedphe.com
              John Philip Schneider    on behalf of Creditor    DEUTSCHE BANK NATIONAL TRUST COMPANY, AS TRUSTEE
               FOR MORGAN STANLEY ABS CAPITAL I INC. TRUST 2006-HE5 nj.bkecf@fedphe.com
              John R. Morton, Jr.    on behalf of Creditor    Americredit Financial Services, Inc., d/b/a GM
               Financial mortonlaw.bcraig@verizon.net,    donnal@mortoncraig.com;mhazlett@mortoncraig.com
              Michael D Fitzgerald, I    on behalf of Interested Party    Monmouth County Sheriff's Office
               michael.fitzgerald@co.monmouth.nj.us
              Warren    Brumel    on behalf of Joint Debtor Elvira    Wyman wbrumel@keyportlaw.com,
               BrumelLawECF@gmail.com
              Warren    Brumel    on behalf of Debtor Richard L. Wyman, Jr. wbrumel@keyportlaw.com,
               BrumelLawECF@gmail.com
                                                                                             TOTAL: 9