Form 177 – fnldec

## UNITED STATES BANKRUPTCY COURT

District of New Jersey  
402 East State Street  
Trenton, NJ 08608

                    Case No.:  16−13561−CMG  
                    Chapter:  7  
                    Judge:  Christine M. Gravelle

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):

| | |
|---|---|
| Richard L. Wyman Jr. | Elvira Wyman |
| 749 Lorraine Drive | 749 Lorraine Drive |
| Cliffwood Beach, NJ 07735 | Cliffwood Beach, NJ 07735 |

Social Security No.:  
  xxx−xx−2373                               xxx−xx−9286

Employer's Tax I.D. No.:

## FINAL DECREE

    The estate of the above named debtor(s) has been fully administered.

    If this case is a Chapter 11 or 13, the deposit required by the plan will be distributed, and it is

    ORDERED that Barry Frost is discharged as trustee of the estate of the above named debtor(s) and the bond is canceled; and the case of the above named debtor(s) is closed.

Dated: <u>June 1, 2017</u>                 <u>Christine M. Gravelle</u>  
                                           Judge, United States Bankruptcy Court